IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARC HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-976-C |
| | ) | |
| GARVIN COUNTY, OK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on September 25, 2014, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

In his Objection, Plaintiff states, at great length, the hardships of his life. He does not controvert, but rather reaffirms, the assets and income listed in his in forma pauperis application, which are sufficient to permit prepayment of court costs.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 5) is adopted and the request to proceed in forma pauperis is denied. If the filing fee is not paid within twenty (20) days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 15th day of October, 2014.

ROBIN J. CAUTHRON
United States District Judge